## IN RE: CLIENT SECURITY FUND COMMITTEE

Supreme Court of Arkansas
Delivered June 20, 1994

PER CURIAM. Richard A. Jarboe, Esq., Walnut Ridge, Arkansas, First Congressional District, is hereby reappointed to the Client Securiy Fund Committee for a five year term to expire June 30, 1999.

The Court thanks Mr. Jarboe for accepting reappointment to this most important Committee.

## IN RE: SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT

Supreme Court of Arkansas
Delivered June 20, 1994

PER CURIAM. Dr. Patricia Youngdahl, Little Rock, Arkansas, is appointed, At Large, to the Supreme Court Committee on Professional Conduct for a seven year term to expire June 20, 2001. Dr. Youngdahl replaces Dr. Wilma Diner, Little Rock, Arkansas, whose term has expired.

The Court thanks Dr. Youngdahl for accepting appointment to this most important Committee.

The Court expresses its gratitude to Dr. Diner for her dedicated and faithful service to the Committee.